| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: 22-19683 MBK<br><br>Chapter: 13<br><br>Hearing Date: 2/8/2023 |
| In Re:<br>Siemon J. Franken | Judge: MBK |

### CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for ___Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On ___1/3/2023___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ___Chapter 13 Plan, Transmittal Notice, and Current Market Analysis of debtor's property___.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 1/3/2023                                              /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
|  | Creditor | __ Hand delivered<br>__Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| State of New Jersey<br>PO Box 283<br>Trenton, NJ 08602 | Creditor | __ Hand delivered<br>__Regular mail<br> X  Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>American Express Correspondence/ Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998 | Creditor | __ Hand delivered<br>__Regular mail<br> X  Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Cavalry Spv I, LLC<br>500 Summit Lake Dr Ste 400<br>Valhalla, NY 10595 | Creditor | __ Hand delivered<br>__ Regular mail<br> X  Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.