UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor(s)
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:

Siemon J. Franken

Order Filed on January 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    22-19683 MBK

Chapter:    13

Hearing Date:    January 11, 2023

Judge:    Kaplan

## ORDER ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

DATED: January 11, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In Re. Siemon J. Franken
Case No. 22-19683 MBK
Order Granting Motion for Continuation of Automatic Stay
Page. 2 of 2

This matter having come before the court on motion of the debtor(s) to continue the automatic stay pursuant 11 U.S.C. §362(c)(3)(B), and the court having considered the matter, and any opposition thereto, and the court finding that the instant case was filed in good faith, and that the instant motion was timely filed, it is hereby

**ORDERED** that, the 11 U.S.C. §362 automatic stay is extended, and shall remain in full force and effect barring further order of this court, as to all creditors in this case pursuant to 11 U.S.C. §362(c)(3)(B).