| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-19683 / MBK**

Siemon J. Franken

Petition Filed Date: 12/08/2022
341 Hearing Date: 01/05/2023
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/13/2023 | $4,076.00 | 105641 | 03/02/2023 | $2,038.00 | 90322200 | | | |

**Total Receipts for the Period: $6,114.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,114.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | **CLAIMS AND DISTRIBUTIONS** | | | |
| 0 | Siemon J. Franken | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq. | Attorney Fees | $2,800.00 | $0.00 | $2,800.00 |
| | | No Disbursements: No Check | | | |
| 1 | CAVALRY SPV I, LLC | Unsecured Creditors | $7,041.78 | $0.00 | $0.00 |
| | »» JUDGMENT | | | | |
| 2 | VIRTUA | Unsecured Creditors | $100.00 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA INC | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »» 2017 VOLKSWAGEN GOLF | | | | |
| 4 | INTERNAL REVENUE SERVICE | Priority Crediors | $1,781.66 | $0.00 | $0.00 |
| | »» 2020-2021 EST TAXES | Hold Funds: Estimated | | | |
| 5 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $4,894.66 | $0.00 | $0.00 |
| | »» 2016,2018 EST TAXES | Hold Funds: Estimated | | | |
| 6 | NJ DIVISION OF TAXATION | Priority Crediors | $3,139.37 | $0.00 | $0.00 |
| | »» 2021 EST TAXES | Hold Funds: Estimated | | | |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $11,906.54 | $0.00 | $0.00 |
| 8 | TOWD POINT MORTGAGE TRUST 2019-3 | Mortgage Arrears | $90,147.98 | $0.00 | $0.00 |
| | »» P/116 BRANCH ST/1ST MTG/ORDER 2/18/23 | | | | |

**Chapter 13 Case No. 22-19683 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,114.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $2,038.00 |
| Paid to Trustee: | $440.21 | Arrearages: | $0.00 |
| Funds on Hand: | $5,673.79 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

