Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19683−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Siemon J. Franken
   116 Branch St
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−9373

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 21, 2023.

Dated: June 22, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Siemon J. Franken  
    Debtor

Case No. 22-19683-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jun 22, 2023     Form ID: plncf13     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Siemon J. Franken, 116 Branch St, Mount Holly, NJ 08060-1833 |
| 519786004 | #+ | Apothaker Scian, PC, 520 Fellowship Rd, Ste C306, Mount Laurel, NJ 08054-3410 |
| 519786008 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 519786013 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519794904 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2023 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2023 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519808381 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2023 21:15:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519786003 | + | Email/PDF: bncnotices@becket-lee.com | Jun 22 2023 21:15:51 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519786007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2023 21:15:50 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 519788065 | + | Email/Text: bankruptcy@cavps.com | Jun 22 2023 21:08:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519786005 | + | Email/Text: bankruptcy@cavps.com | Jun 22 2023 21:08:00 | Cavalry Spv I, LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 519786009 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2023 21:07:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519786006 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 22 2023 21:15:49 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519786011 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2023 21:08:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519791326 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2023 21:08:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: plncf13 | Total Noticed: 19 |

| 519786012 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| --- | --- | --- | --- |
| | | Jun 22 2023 21:09:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519838756 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jun 22 2023 21:09:00 | Towd Point Mortgage Trust 2019-3, at. el, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519788936 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 22 2023 21:15:52 | Virtua, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519786010 | ##+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Siemon J. Franken ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4