Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−19683−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Siemon J. Franken
  116 Branch St
  Mount Holly, NJ 08060

Social Security No.:
  xxx−xx−9373

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/10/24 at 09:00 AM

to consider and act upon the following:

*31* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/21/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 12/20/23

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court