| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-19683 / MBK**

Siemon J. Franken

Petition Filed Date: 12/08/2022
341 Hearing Date: 01/05/2023
Confirmation Date: 06/14/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/13/2023 | $4,076.00 | 105641 | 03/02/2023 | $2,038.00 | 90322200 | 04/10/2023 | $2,038.00 | 90986650 |
| 05/10/2023 | $2,038.00 | 91605360 | 05/15/2023 | ($2,038.00) | 91605360 | 06/15/2023 | $4,076.00 | 21439 |
| 07/18/2023 | $2,113.27 | | 12/19/2023 | $6,566.35 | 107961 | 12/20/2023 | $4,000.00 | 107965 |

**Total Receipts for the Period: $24,907.62   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,907.62**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Siemon J. Franken | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» CITIBANKJUDGMENT/DC-003633-20/AVOID LIE | Unsecured Creditors | $7,041.78 | $0.00 | $7,041.78 |
| 2 | VIRTUA<br>»» CADRILLIION | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 3 | SANTANDER CONSUMER USA INC<br>»» 2017 VOLKSWAGEN GOLF | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2020-2021 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2018 | Unsecured Creditors | $188.50 | $0.00 | $188.50 |
| 6 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2021/CRAM | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS<br>»» AVOID LIEN | Unsecured Creditors | $11,906.54 | $0.00 | $11,906.54 |
| 8 | TOWD POINT MORTGAGE TRUST 2019-3<br>»» P/116 BRANCH ST/1ST MTG/ORDER 2/18/23 | Mortgage Arrears | $90,147.98 | $10,508.69 | $79,639.29 |

**Chapter 13 Case No. 22-19683 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,907.62 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $13,308.69 | Current Monthly Payment: | $1,894.38 |
| Paid to Trustee: | $1,909.59 | Arrearages: | $1,706.76 |
| Funds on Hand: | $9,689.34 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE***! Register today at www.ndc.org or scan this code to get started.**

