| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ    08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Siemon J. Franken<br><br><br><br>Debtor(s) | Case No.: 22-19683 / MEH<br><br>Judge: Mark Edward Hall<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 11/14/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  11/14/2024                                                                 /s/  Kierstyn Buchanan
                                                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Siemon J. Franken<br>116 Branch St<br>Mount Holly, NJ   08060 | Debtor(s) | Regular Mail |
| Lee M. Perlman, Esq.<br>1926 Greentree Rd.<br>Suite 100<br>Cherry Hill,  NJ   08003-1100 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |